MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Rd., Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667
Clayton C. Averbuck, SBN 90666
  caverbuck.mag@flash.net
Jennifer E. Gysler, SBN 143449
  jennifergysler@gmail.com

Attorneys for COUNTY OF LOS ANGELES, TA'NISHA NOEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. BAILEY, an individual, ) | Case No.:  CV10-5190 JAK (JEMx) |
| TYLETTE DAVIS, an individual and ) | |
| both as Successor in Interest to decedent) | JUDGMENT OF DISMISSAL |
| DAE'VON BAILEY, ) | JS-6 |
| ) | |
|   Plaintiffs, ) | |
| ) | |
|  vs. ) | |
| ) | |
| COUNTY OF LOS ANGELES, ) | |
| TA'NISHA NOEL, and DOES 1 to 10, ) | |
| inclusive ) | |
| ) | |
|   Defendants. ) | |
| _____) | |

**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED,** that the

COUNTY OF LOS ANGELES and TA'NISHA NOEL are dismissed, with

prejudice, from this action.

DATED:  August 15, 2012   _____

THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

1

Judgment in Favor of Defendants